| | | | |
|---|---|---|---|
| M.X.O., In re; T.A., In re; A.M.O., In re | 10/09/2015 | 342, 343 WAL (2015) | Denied | Pa.Super., 125 A.3d 457, 125 A.3d 458 |
| Markovsky v. Crown Cork & Seal Co.; Markovsky, In re | 09/29/2015 | 162 EAL (2015) | Denied | Pa.Super., 107 A.3d 749 |
| Medved v. Auto Shower II, Inc. .... | 09/29/2015 | 158 WAL (2015) | Denied | Pa.Super., 121 A.3d 1119 |
| Mellow v. Silverblatt | 10/07/2015 | 396 MAL (2015) | Denied | Pa.Super., 122 A.3d 435 |
| Moser v. Estate of Renninger; Renninger, In re ..... | 11/10/2015 | 440 MAL (2015) | Denied | Pa.Super., 116 A.3d 1107 |
| Stopyra v. Peco Energy Co.; Bank of America, N.A., In re .............. | 10/14/2015 | 310, 311 MAL (2015) | Denied | Pa.Super., 120 A.3d 1061 |
| Susquehanna Bank v. Cooper ........ | 10/14/2015 | 115 MAL (2015) | Denied | Pa.Super., 118 A.3d 444 |
| Tradex USA Corp. v. Gleemer Glass .... | 09/30/2015 | 395 MAL (2015) | Denied | No. 518 EDA 2015 |
| Veloric v. Doe; Heffler, In re ........ | 10/14/2015 | 664 MAL (2015) | Denied | Pa.Super., 125 A.3d 465 |
| Williams v. Kerestes [6] .......... | 10/14/2015 | 507 MAL (2015) | Denied | Pa.Super., 121 A.3d 1141 |

6. Reconsideration Denied November 13, 2015.